IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JEFFREY DAVIS, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-8 (WLS-ALS) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed June 5, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $7,013.68 .

This 6th day of June, 2025.

                                                        David W. Bunt, Clerk

                                                   s/ Katie Logsdon, Deputy Clerk